**Order entered May 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00368-CR

**DARLING FRANCISCO CRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-15503-H**

## ORDER

The Court **REINSTATES** the appeal.

On April 30, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 4, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 30, 2015 order requiring findings.

On April 6, 2015, we sent the trial court a letter questioning the accuracy of the trial court's certification of appellant's right to appeal. The Court has determined that an amended certification has been prepared, but has not been forwarded to this Court by the Dallas County District Clerk.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIVE DAYS** of the date of this order, a supplemental record containing the trial court's April 15, 2015 amended certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Robert Burns, III Presiding Judge, Criminal District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE